

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
OCT 18 AM 10:51
DEPUTY CLERK

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DENNIS S. FAULKNER, TRUSTEE,** § | |
| Plaintiff, § | |
| -against- § | Case No. 10-MP-0301 |
| **GARY M. KORNMAN, et al.,** § | |
| Defendants. § | |

3-10MC-128-D

## COMPLAINT

**COMES NOW** Plaintiff, Dennis Faulkner, Trustee of the Heritage Creditors Trust (the "Trustee"), and hereby files this Complaint, and would respectfully show as follows:

1. The Trustee is the Trustee of the Heritage Creditors Trust, created pursuant to the confirmed plan of reorganization in the bankruptcy case of <u>In re The Heritage Organization, LLC,</u> Case No. 04-35574-BJH-11, in the United States Bankruptcy Court for the Northern District of Texas.

2. The Defendants are listed below and may be served with process herein at the corresponding business and/or registered agent/attorney of record addresses also listed below:

| DEFENDANT | PLACE OF BUSINESS | REGISTERED AGENT/ ATTORNEY OF RECORD |
|---|---|---|
| GARY M. KORNMAN | | EMIL LIPPE, JR. LAW OFFICES OF LIPPE & ASSOCIATES 600 N. PEARL STREET SUITE S2460 DALLAS, TEXAS 75201 |

| DEFENDANT | PLACE OF BUSINESS | REGISTERED AGENT/ ATTORNEY OF RECORD |
|---|---|---|
| EAGLE VIEW CAPITAL MANAGEMENT, LLC | | TEXAS SECRETARY OF STATE<br>JAMES E. RUDDER BLDG.<br>1019 BRAZOS STREET, RM 220<br>AUSTIN, TEXAS 78701 |
| FINANCIAL MARKETING SERVICES, INC. | | EMIL LIPPE, JR.<br>LAW OFFICES OF LIPPE & ASSOCIATES<br>600 N. PEARL STREET<br>SUITE S2460<br>DALLAS, TEXAS 75201 |
| 618 BR, LLC | | TEXAS SECRETARY OF STATE<br>JAMES E. RUDDER BLDG.<br>1019 BRAZOS STREET, RM 220<br>AUSTIN, TEXAS 78701 |
| TL MARKETING, LLC | | TEXAS SECRETARY OF STATE<br>JAMES E. RUDDER BLDG.<br>1019 BRAZOS STREET, RM 220<br>AUSTIN, TEXAS 78701 |
| VALIANT INVESTMENTS 94-1, LP<br>VALIANT INVESTMENTS 94-3, LP<br>VALIANT INVESTMENTS 94-5, LP<br>VALIANT INVESTMENTS 94-6, LP<br>VALIANT INVESTMENTS 95-4 LP<br>VALIANT INVESTMENTS 95-5 LP | 3204 SKYLANE DRIVE, STE C<br>CARROLLTON, TX 75006 | KORNMAN CORPORATION<br>3204 SKYLANE DRIVE, STE C<br>CARROLLTON, TX 75006 USA |
| INTREPID INVESTMENTS II, LP | | TEXAS SECRETARY OF STATE<br>JAMES E. RUDDER BLDG.<br>1019 BRAZOS STREET, RM 220<br>AUSTIN, TEXAS 78701 |
| THE OAK GROUP, LP | | EMIL LIPPE, JR.<br>LAW OFFICES OF LIPPE & ASSOCIATES<br>600 N. PEARL STREET<br>SUITE S2460<br>DALLAS, TEXAS 75201 |

| DEFENDANT | PLACE OF BUSINESS | REGISTERED AGENT/ ATTORNEY OF RECORD |
|---|---|---|
| GMK 2002 FRIENDS AND FAMILY TRUST | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |
| KORNMAN CORPORATION | C/O VICKI WALKER PO BOX 910 ADDISON, TX 75001-0910 | CT CORPORATION SYSTEM 350 N. ST. PAUL ST STE. 2900 DALLAS, TX 75201-4234 |
| STEADFAST INVESTMENTS, LP | 3204 SKYLANE DRIVE, STE C CARROLLTON, TX 75006 | EMIL LIPPE, JR. LAW OFFICES OF LIPPE & ASSOCIATES 600 N. PEARL STREET SUITE S2460 DALLAS, TEXAS 75201 |
| KORNMAN & ASSOCIATES, INC. | C/O VICKI WALKER PO BOX 910 ADDISON, TX 75001-0910 | CT CORP SYSTEM 350 N. ST. PAUL ST STE. 2900 DALLAS, TX 75201-4234 |
| MICHAEL M. KORNMAN | | |
| PATRICIA MASON | | |
| GRANT M. KORNMAN | | |
| AMERICAN SKANDIA (OLD MUTUAL) | 350 N SAINT PAUL ST DALLAS, TX 75201 | CT CORPORATION SYSTEM 350 N. ST. PAUL ST STE. 2900 DALLAS, TX 75201-4234 |
| TIAA-CREF LIFE INS. CO. | NINE GREENWAY PLAZA, SUITE 100 HOUSTON, TEXAS 77046 | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701-3218 |
| PEOPLE'S BENEFIT LIFE INS. CO. | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TX 78701 |
| DPK INVESTMENTS, LP | DPK MANAGEMENT CORP. GENERAL PARTNER C/O VICKI WALKER PO BOX 910 ADDISON, TX 75001-0910 | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TX 78701 |

| DEFENDANT | PLACE OF BUSINESS | REGISTERED AGENT/ ATTORNEY OF RECORD |
|---|---|---|
| LIFE UNDERWRITERS OF AMERICA, INC. | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TX 78701 |
| DOROTHY P. KORNMAN – GMK PAS TRUST | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |
| 814G, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON, DE 19801 | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |
| 2002 DPK DESCENDANTS TRUST I | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |
| ETTMAN FAMILY TRUST I | | EMIL LIPPE, JR. LAW OFFICES OF LIPPE & ASSOCIATES 600 N. PEARL STREET SUITE S2460 DALLAS, TEXAS 75201 |
| FLAGSTONE MANAGEMENT, LLC | | EMIL LIPPE, JR. LAW OFFICES OF LIPPE & ASSOCIATES 600 N. PEARL STREET SUITE S2460 DALLAS, TEXAS 75201 |
| THE HERITAGE CORPORATION, INC. | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |
| TREASURED INVESTMENT | | TEXAS SECRETARY OF STATE JAMES E. RUDDER BLDG. 1019 BRAZOS STREET, RM 220 AUSTIN, TEXAS 78701 |

3.  In addition, the Trustee believes that there are further Defendants whose names are not now known to the Trustee by reason of the violation by the Judgment

Debtors of discovery and other legal obligations, and the violation of court orders. Such Defendants are hereby sued and named as John Does 1 through 100. The Trustee will amend to more specifically name these Defendants (as well as the amount of any additional fraudulent and/or preferential transfers) after the Judgment Debtors comply with their discovery and other legal obligations and all applicable court orders.

4. This action is brought pursuant to Section 550 of the United States Bankruptcy Code, 11 U.S.C. § 550 and 28 U.S.C. §§ 1963 and 2201, as well as Federal Rule of Civil Procedure 69 and Federal Rule of Bankruptcy Procedure 7069. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157, 1331, 1334, 1963, and 2201. Venue of this action in this District is proper under 28 U.S.C §§ 1963 and 1391.

5. This is an action to enforce a final judgment duly registered in this District on March 9, 2010 pursuant to 28 U.S.C. § 1963, and to obtain judicial relief with respect to subsequent transferees as to transfers made by the Judgment Debtors and others under their control.

I. **FACTUAL BACKGROUND**

6. On July 13, 2009, the United States Bankruptcy Court for the Northern District of Texas entered its Final Judgment (the "Final Judgment") against Gary M. Kornman and a number of entities controlled by Kornman and his son. Based on an extensive trial, ample evidence, and a careful and comprehensive Memorandum Opinion, *Faulkner v. Kornman*, 413 B.R. 438 (Bankr. N.D. Tex. 2009), the Court entered judgment against Kornman, a convicted felon, and the other Judgment Debtors for well over $ 40 million as a result of fraudulent and preferential transfers to the Judgment Debtors.

7. In particular, the Court found that Kornman, who controlled the Debtor, caused the Debtor to make over $40 million in fraudulent transfers to other entities he controlled. The Court found that Kornman's purpose in causing these transfers was to hinder, delay, or defraud creditors of the Debtor. The Court noted, in assessing Kornman's credibility:

> Kornman pled guilty to violating 18 U.S.C. § 1001, and was convicted of making a false statement to the SEC. Testimony of Kornman (1/8/09) 10:22-11:7. In the factual resume that Kornman signed accompanying his plea agreement, he admitted making a false statement to the SEC, that he knew the statement was false when he made it, and that he made the statement intentionally for the purpose of misleading the SEC and its investigation into securities trading activity. Testimony of Kornman (1/8/09) 11:8-22. Kornman's admitted act of lying to the SEC makes it clear that he is capable of lying when it is advantageous for him to do so. .

The Court also found that "some of Kornman's trial testimony was simply incredible," and "Kornman's memory of events at trial was convenient at best." 413 B.R. at 484-85.

8. The Court found in the Final Judgment that the fraudulent transfers should be avoided, and that numerous preferential transfers also found by the Court should also be avoided. The Final Judgment states in part:

> It is ORDERED, ADJUDGED, AND DECREED that all transfers by the Debtor that are found in the Court's Memorandum Opinion to be fraudulent transfers pursuant to 11 U.S.C. § 544 and the Texas Uniform Fraudulent Transfer Act or found in the Court's Memorandum Opinion to be preferential transfers pursuant to 11 U.S.C. § 547. Be and they are hereby avoided.

9. A notice of appeal was filed from the Final Judgment to the District Court, but the appeal was later dismissed. Accordingly, the Final Judgment is not subject to appeal. The Final Judgment is a judgment for the recovery of money, and the Judgment

6

Debtors have not yet paid a single cent of it. The Trustee caused the issuance of Writs of Execution in the Northern District of Texas against all of the Judgment Debtor Defendants. The Writs of Execution were served, but the Judgment Debtors turned over no assets whatsoever to the Marshals.

10. On March 9, 2010, the Trustee registered the Final Judgment in the United States Bankruptcy Court for the Southern District of Texas pursuant to 28 U.S.C. § 1963 in Misc. Proc. No. 10-00301, United States Bankruptcy Court for the Southern District of Texas.

11. On information and belief, the recipients of the fraudulent and/or preferential transfers avoided pursuant to the Final Judgment made transfers to mediate or immediate transferees under circumstances which make the value of such transfers to Defendants herein as mediate or immediate transferees recoverable by the Trustee from such mediate and immediate transferees under Section 550 of the United States Bankruptcy Code.

12. On information and belief, the recipients of the fraudulent and/or preferential transfers avoided pursuant to the Final Judgment made subsequent transfers to Defendants herein under circumstances which make the value of such subsequent transfers recoverable against such Defendants pursuant to Texas Business & Commerce Code §§ 24.005, 24.008, 24.009, similar statutes of other states and jurisdictions whose law may apply, and other applicable principles of law and equity.

13. For a non-exclusive list of such transfers, please see **"Exhibit A."** Based upon information and belief, the Trustee states that there is, in all likelihood, other

transfers and reserves the right to amend by addition or deletion this exhibit at a later date after all contemplated and requested discovery is complete.

14. The Trustee is also entitled to recover from such Defendants its costs and reasonable attorney's fees pursuant to Texas Business & Commerce Code § 24.013 and other applicable law.

## II. PRAYER

WHEREFORE, the Trustee respectfully requests that the Defendants be summoned to appear and answer herein, and that upon final hearing hereof, the Court grant the Trustee judgment against such Defendants as is warranted by law and equity, including money judgments in the amount of the voidable transfers to each such Defendant; injunctive relief as appropriate; pre-judgment interest, post-judgment interest, costs and reasonable attorney's fees; and such other and further relief, either at law or in equity, general or special, to which he may be justly entitled.

Dated: July 12, 2010.

        **COX SMITH MATTHEWS INCORPORATED**

        By:    <u>*/s/ David Bryant*</u>
                David Bryant
                Texas State Bar No. 03281500
                Amy Stewart
                State Bar No. 24060660
                1201 Elm Street, Suite 3300
                Dallas, Texas 75720
                (214) 698-7800
                (214) 698-7899 (Fax)

        **GARDERE WYNNE SEWELL, LLP**

        By:    <u>*/s/ Geoffrey H. Bracken*</u>
                Geoffrey H. Bracken
                State Bar No. 02809750
                Peter Scaff
                State Bar No. 2402783
                1000 Louisiana, Suite 3400
                Houston, Texas 77002-5011
                713-276-5500
                713-276-5555 (Fax)

        **ATTORNEYS FOR PLAINTIFF,
DENNIS S. FAULKNER, TRUSTEE**

# EXHIBIT A

# EXHIBIT "A"

## LIST OF FRAUDULENT TRANSFERS

| Transferor | Transferee | Date | Amount |
|---|---|---|---|
| 2002 DPK Descendants Trust I | Steadfast Investments | 6/20/05 | $75,000.00 |
| 618 BR, LLC | Gary M Kornman | 9/28/04 | $150,273.29 |
| 814G, LLC | Gary M Kornman | 2005 | $375,000.00 (for 4242 Lomo Alto) |
| American Skandia (now owned by Old Mutual) | Gary M Kornman | 3/17/02 | $500,000.00 |
| | | 3/21/02 | $500,000.00 |
| Dorothy P. Kornman – GMK PAS Trust | Steadfast Investments | 4/14/03 | $1,800,000.00 |
| | | 6/20/05 | $120,000.00 |
| DPK Investments, L.P. | Gary M Kornman | 12/30/02 | $60,000.00 |
| Eagle View Capital Management, LLC | Gary M Kornman | 9/23/04 | $250,000.00 |
| | | 9/13/04 | $41,000.00 |
| | | 9/28/04 | $115,000.00 |
| Ettman Family Trust | Steadfast Investments | 4/17/01 | $4,306,500.00 |
| | | 6/15/01 | $3,960,000.00 |
| | | 7/26/02 | $4,613,000.00 |
| | | 2/10/03 | $8,910,000.00 |
| Financial Marketing Services, Inc. | Gary M Kornman | 6/23/04 | $220,000.00 |
| | | 9/28/04 | $185,000.00 |
| Financial Marketing Services, Inc | The Oak Group | 2/15/2005 | $75,000.00 |
| | | 2/25/2005 | $150,000.00 |
| | | 3/15/2005 | $125,000.00 |
| | | 3/31/2005 | $55,000.00 |
| | | 4/5/2005 | $200,000.00 |
| | | 4/28/2005 | $175,000.00 |
| | | 5/11/2005 | $75,000.00 |
| | | 5/31/2005 | $175,000.00 |
| | | 6/10/2005 | $30,000.00 |
| | | 6/21/2005 | $320,000.00 |
| | | 7/20/2005 | $145,000.00 |

3069317.2

| Defendant | Transferee | Date | Amount |
|---|---|---|---|
| Financial Marketing Services, Inc (con't) | The Oak Group | 8/12/2005 | $140,000.00 |
| | | 8/22/2005 | $100,000.00 |
| | | 8/31/2005 | $45,000.00 |
| | | 9/1/2005 | $130,000.00 |
| | | 9/14/2005 | $50,000.00 |
| | | 9/26/2005 | $250,000.00 |
| | | 10/13/2005 | $100,000.00 |
| | | 10/26/2005 | $110,000.00 |
| | | 11/10/2005 | $200,000.00 |
| | | 11/30/2005 | $75,000.00 |
| | | 12/9/2005 | $50,000.00 |
| | | 12/15/2005 | $150,000.00 |
| | | 12/29/2005 | $10,000.00 |
| | | 1/12/2006 | $100,000.00 |
| | | 1/31/2006 | $125,000.00 |
| | | 2/15/2006 | $140,000.00 |
| | | 2/27/2006 | $140,000.00 |
| | | 3/14/2006 | $20,000.00 |
| | | 3/17/2006 | $50,000.00 |
| | | 3/30/2006 | $115,000.00 |
| | | 4/14/2006 | $10,000.00 |
| | | 4/19/2006 | $60,000.00 |
| | | 4/28/2006 | $75,000.00 |
| | | 5/15/2006 | $75,000.00 |
| | | 5/26/2006 | $25,000.00 |
| | | 6/15/2006 | $100,000.00 |
| | | 6/29/2006 | $50,000.00 |
| | | 7/13/2006 | $75,000.00 |
| | | 7/20/2006 | $75,000.00 |
| | | 8/14/2006 | $50,000.00 |
| | | 8/31/2006 | $70,000.00 |
| | | 9/13/2006 | $15,000.00 |
| | | 9/28/2006 | $100,000.00 |
| | | 10/12/2006 | $100,000.00 |

3069317.2

| Defendant/Insurance | Insured | Date | Amount |
|---|---|---|---|
| Financial Marketing Services, Inc (con't) | The Oak Group | 10/30/2006 | $25,000.00 |
| | | 11/14/2006 | $50,000.00 |
| | | 11/30/2006 | $55,000.00 |
| | | 12/14/2006 | $45,000.00 |
| | | 12/28/2006 | $55,000.00 |
| | | 1/12/2007 | $15,000.00 |
| | | 1/19/2007 | $50,000.00 |
| | | 1/31/2007 | $55,000.00 |
| | | 2/9/2007 | $10,000.00 |
| | | 2/15/2007 | $25,000.00 |
| | | 2/27/2007 | $60,000.00 |
| | | 3/15/2007 | $20,000.00 |
| | | 3/16/2007 | $40,000.00 |
| | | 3/30/2007 | $10,000.00 |
| | | 4/2/2007 | $55,000.00 |
| | | 4/13/2007 | $75,000.00 |
| | | 4/30/2007 | $30,000.00 |
| | | 5/9/2007 | $25,000.00 |
| | | 5/31/2007 | $16,000.00 |
| | | 6/5/2007 | $30,000.00 |
| | | 6/15/2007 | $25,000.00 |
| | | 6/30/2007 | $35,000.00 |
| | | 7/3/2007 | $5,000.00 |
| | | 7/16/2007 | $28,000.00 |
| | | 8/1/2007 | $35,000.00 |
| | | 8/15/2007 | $25,000.00 |
| | | 8/21/2007 | $3,000.00 |
| | | 9/4/2007 | $100,000.00 |
| | | 9/17/2007 | $50,000.00 |
| | | 9/28/2007 | $40,000.00 |
| | | 10/15/2007 | $20,000.00 |
| | | 10/19/2007 | $60,000.00 |
| | | 11/14/2007 | $10,000.00 |
| | | 11/30/2007 | $60,000.00 |
| | | 12/27/2007 | $40,000.00 |

| Recipient/Transferee | Description | Date | Amount |
|---|---|---|---|
| Financial Marketing Services, Inc (con't) | The Oak Group | 12/28/2007 | $67,000.00 |
| | | 1/10/2008 | $30,000.00 |
| | | 2/1/2008 | $45,000.00 |
| | | 2/15/2008 | $15,000.00 |
| | | 2/20/2008 | $2,500.00 |
| | | 3/4/2008 | $31,000.00 |
| | | 3/14/2008 | $75,000.00 |
| | | 3/28/2008 | $9,000.00 |
| | | 3/31/2008 | $30,000.00 |
| | | 4/14/2008 | $5,000.00 |
| | | 4/17/2008 | $5,000.00 |
| | | 4/30/2008 | $29,000.00 |
| | | 5/12/2008 | $20,000.00 |
| | | 6/2/2008 | $30,000.00 |
| | | 6/13/2008 | $20,000.00 |
| | | 7/11/2008 | $2,000.00 |
| | | 1/9/2009 | $1,000.00 |
| | | 3/26/2009 | $600.00 |
| | | 5/29/2009 | $500.00 |
| Flagstone Management, LLC | Gary M Kornman | 7/2/08 | $70,000.00 |
| | | 7/17/08 | $50,000.00 |
| | | 8/5/08 | $65,000.00 |
| | | 10/3/08 | $9,000.00 |
| | | 10/16/08 | $20,000.00 |
| | | 10/22/08 | $10,000.00 |
| | | 10/31/08 | $60,000.00 |
| | | 11/18/08 | $25,000.00 |
| | | 12/1/08 | $32,500.00 |
| | | 12/18/08 | $10,000.00 |
| | | 12/31/08 | $15,000.00 |
| | | 1/6/09 | $15,000.00 |
| | | 1/15/09 | $9,000.00 |
| | | 1/20/09 | $7,500.00 |
| | | 3/2/09 | $15,000.00 |
| | | 3/4/09 | $2,000.00 |

| Defendant/Transferee | Transferor | Date | Amount |
|---|---|---|---|
| Gary M Kornman | Ettman Family Trust | 3/4/09 | $6,000.00 |
| | | 3/16/09 | $3,500.00 |
| | | 3/17/09 | $3,500.00 |
| | | 3/19/09 | $6,000.00 |
| | | 3/31/09 | $14,000.00 |
| | | 3/31/09 | $13,500.00 |
| | | 9/17/07 | $3,000.00 |
| | | 10/30/07 | $100,000.00 |
| | | 11/2/07 | $4,000.00 |
| | | 12/4/07 | $44,000.00 |
| | | 12/7/07 | $26,000.00 |
| | | 12/28/07 | $5,000.00 |
| Gary M Kornman (con't) | Ettman Family Trust | 2/15/08 | $20,000.00 |
| Gary M Kornman | GMK Family Holdings, LLC | 8/9/02 | $950,000.00 |
| | | 1/28/03 | $500,000.00 |
| GMK 2002 Friends and Family Trust, Vickie Walker, Trustee | Gary M Kornman | 12/30/02 | $330,000.00 |
| Grant M Kornman | Ettman Family Trust | 3/13/07 | $50,000.00 |
| | | 5/7/07 | $20,000.00 |
| Intrepid Investments II, L.P. | Ettman Family Trust | 11/20/07 | $99,700.00 |
| | | 6/25/04 | $1,450,350.00 |
| | | 5/7/03 | $990.00 |
| | | 5/14/03 | $445.50 |
| Kornman & Associates, Inc. | Steadfast Investments | 4/17/01 | $83,500.00 |
| | | 7/26/02 | $87,000.00 |
| Kornman Corporation | Gary M Kornman | 2/10/03 | $90,000.00 |
| | | 9/5/02 | $75,000.00 |
| Life Underwriters of America, Inc. | Gary M Kornman | 8/12/02 | $695,000.00 |
| Michael M. Kornman | Financial Marketing Services | | $205,000.00 |
| Patricia Mason | Gary M Kornman | 1/28/04 | $9,021.09 |
| | | 5/26/04 | $81,187.50 |
| | | 9/12/04 | $6,000.00 |
| | | 7/18/04 | $50,000.00 |
| | | June 2009 | Lexus |

3069317.2

| Defendant-Transferor | Transferee | Dates | Amount |
|---|---|---|---|
| People's Benefit Life Ins. Co. | Gary M Kornman | 3/11/02 | $1,500,000.00 |
| | | 3/11/02 | $500,000.00 |
| | | 3/22/02 | $1,000,000.00 |
| Steadfast Investments | Ettman Family Trust | 11/18/05 | $69,300.00 |
| Steadfast Investments | Gary M Kornman | 8/1/02 | $453,407.41 |
| | | 9/30/03 | $339,103.15 |
| | | 10/15/03 | $205,723.24 |
| | | 11/5/03 | $11,007.29 |
| Steadfast Investments, L.P., by Kornman & Associates, Inc., G.P. | Gary M Kornman | 8/1/03 | $104,919.84 |
| The Heritage Corporation, Inc. | Gary M Kornman | 10/21/02 | $1,300,000.00 |
| The Oak Group, LP | Ettman Family Trust | 5/26/04 | $50,000.00 |
| | | 2/15/05 | $4,000,000.00 |
| | | 3/15/05 | $495,000.00 |
| | | | $297,000.00 |
| The Oak Group, LP (con't) | Ettman Family Trust | 3/30/05 | $400,000.00 |
| | | 4/27/05 | $427,500.00 |
| | | 5/31/05 | $321,750.00 |
| | | 6/17/05 | $594,000.00 |
| | | 7/15/05 | $618,750.00 |
| | | 8/10/05 | $297,000.00 |
| | | 9/1/05 | $460,350.00 |
| | | 9/22/05 | $603,900.00 |
| | | 10/14/05 | $225,000.00 |
| | | 11/10/05 | $396,000.00 |
| | | 11/10/05 | $247,500.00 |
| | | 12/13/05 | $445,500.00 |
| | | 1/11/06 | $495,000.00 |
| | | 2/10/06 | $544,500.00 |
| | | 3/14/06 | $445,500.00 |
| | | 3/30/06 | $175,000.00 |
| | | 4/14/06 | $148,500.00 |
| | | 4/28/06 | $346,500.00 |
| | | 6/5/06 | $80,000.00 |
| | | 6/15/06 | $148,500.00 |

3069317.2

| Recipient | Date Transferred | Amount |
|---|---|---|
| The Oak Group, LP (con't) | 6/29/06 | $148,500.00 |
| | 7/11/06 | $148,500.00 |
| | 7/24/06 | $148,500.00 |
| | 8/7/06 | $99,000.00 |
| | 8/30/06 | $148,500.00 |
| | 9/28/06 | $198,000.00 |
| | 10/10/06 | $163,350.00 |
| | 10/30/06 | $148,500.00 |
| | 11/29/06 | $148,500.00 |
| | 12/15/06 | $148,500.00 |
| | 12/29/06 | $99,000.00 |
| | 1/11/07 | $148,000.00 |
| | 1/18/07 | $148,500.00 |
| | 2/9/07 | $74,250.00 |
| | 2/27/07 | $148,500.00 |
| | 3/15/07 | $148,500.00 |
| | 3/30/07 | $99,000.00 |
| | 4/12/07 | $148,500.00 |
| Ettman Family Trust | 4/27/07 | $148,500.00 |
| | 5/31/07 | $19,000.00 |
| | 5/31/07 | $36,440.00 |
| | 6/14/07 | $49,500.00 |
| | 6/29/07 | $118,800.00 |
| | 7/18/07 | $75,000.00 |
| | 7/31/07 | $84,150.00 |
| | 8/15/07 | $79,200.00 |
| | 8/29/07 | $9,900.00 |
| | 9/17/07 | $150,000.00 |
| | 9/27/07 | $99,000.00 |
| | 9/27/07 | $148,500.00 |
| | 11/12/07 | $40,000.00 |
| | 11/30/07 | $150,000.00 |
| | 12/7/07 | $50,000.00 |
| | 12/28/07 | $159,000.00 |
| | 1/2/08 | $110,000.00 |

| Defendant/Taxpayer | Transferee | Date | Amount |
|---|---|---|---|
| TIAA-CREF Life Ins. Co. | Gary M Kornman | 2/1/08 | $198,000.00 |
| | | 2/15/08 | $19,700.00 |
| | | 2/15/08 | $10,000.00 |
| | | 2/20/08 | $9,000.00 |
| | | 2/20/08 | $900.00 |
| | | 3/4/08 | $99,000.00 |
| | | 3/17/08 | $227,700.00 |
| | | 3/31/08 | $118,800.00 |
| | | 4/17/08 | $4,950.00 |
| | | 4/30/08 | $146,000.00 |
| | | 4/30/08 | $2,500.00 |
| | | 5/13/08 | $79,200.00 |
| | | 5/15/08 | $123,750.00 |
| | | 6/2/08 | $100,000.00 |
| | | 7/31/08 | $7,920.00 |
| | | 3/11/02 | $500,000.00 |
| | | 3/11/02 | $500,000.00 |
| TL Marketing, LLC | Gary M Kornman | 9/28/04 | $150,273.29 |
| Treasured Investment | Ettman Family Trust | 6/20/06 | $750,000.00 |
| Valiant Investments 94-1 LP | Ettman Family Trust | 4/16/02 | $47,025.00 |
| | | 2/10/03 | $74,250.00 |
| Valiant Investments 94-3, L.P. | Ettman Family Trust | 10/29/04 | $24,750.00 |
| Valiant Investments 94-5 LP | Ettman Family Trust | 5/23/01 | $14,107.50 |
| | | 6/8/01 | $141,075.00 |
| | | 10/29/01 | $94,050.00 |
| | | 12/20/01 | $49,500.00 |
| | | 1/24/02 | $56,430.00 |
| | | 3/27/02 | $56,430.00 |
| | | 4/17/02 | $49,500.00 |
| Valiant Investments 94-6, L.P | Ettman Family Trust | 12/12/04 | $188,100.00 |
| Valiant Investments 95-4 LP | Ettman Family Trust | 12/16/02 | $51,480.00 |
| Valiant Investments 95-5 LP | Ettman Family Trust | 5/23/01 | $15,048.00 |
| | | 6/8/01 | $23,512.50 |
| | | 9/4/01 | $47,025.00 |

30693172